James N. Cleary and Fannie Lurie, Suing on Behalf of Themselves and All Other Stockholders of Fox Film Corporation, Similarly Situated and in the Right of Fox Film Corporation, Respondents, v. Charles W. Higley and Others, Defendants, Impleaded with Murray W. Dodge and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion.

Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.; Finch, P. J., takes no part.